EDWIN V. HELLAWELL, as Receiver of the FIRST NATIONAL BANK OF HEMPSTEAD, Respondent, *v.* CHARLES BAER et al., Defendants, and CARRIE E. PRAY, as Administratrix of the Estate of ELIAS J. PRAY, Deceased, et al., Appellants.

Submitted January 4, 1937; decided January 12, 1937.

*Perlie P. Fallon* for motion.

*Ferdinand I. Haber* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, this not being a final order in a special proceeding.

JACOB HEIMAN, Appellant, *v.* HENRY BISHOP et al., Respondents, Impleaded with Others.

Submitted January 4, 1937; decided January 12, 1937.

Motion by Henry Bishop for reargument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 272 N. Y. 83.)